IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GREGORY EUGENE WEBSTER,
    Plaintiff,

vs.                                       Case No.: 5:10cv95/RS/EMT

ALEX FOSTER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On May 3, 2010, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee or submit a properly completed motion to proceed in forma pauperis (Doc. 5). Plaintiff failed to comply with the order;[1] therefore, on June 8, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9). The time for compliance with the show cause order has now elapsed and Plaintiff has not paid the filing fee or submitted a properly completed motion to proceed in forma pauperis.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1] On May 12, 2010, Plaintiff submitted a document titled, "Bay County Jail Inmate Balance Report – Simplified"; however, the document failed to comply with the Federal Rules of Civil Procedure and the Local Rules of Northern District of Florida in several respects (the document was not signed by Plaintiff, it was not properly captioned for this court, and it was not in proper form). Therefore, the court directed the clerk to return the document to Plaintiff without electronic filing (Doc. 8).

At Pensacola, Florida, this 6th day of July 2010.

                                        */s/ Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636**; United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**